**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| In re:  24 TRADING COMPANY, LLC | § | Case No. 13-30402 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

J. Marshall  Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned:  $70,024.00 | | Assets Exempt:  NA |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants:  $222,953.17 | | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  $102,818.46 | | |

3) Total gross receipts of $1,560,926.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,235,155.34 (see **Exhibit 2**), yielded net receipts of $325,771.63 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $327,106.15 | $43,761.09 | $43,761.09 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $102,818.46 | $102,818.46 | $102,818.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $56.38 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $4,969,894.35 | $13,150,750.34 | $4,671,939.90 | $179,192.08 |
| **TOTAL DISBURSEMENTS** | $4,969,950.73 | $13,580,674.95 | $4,818,519.45 | $325,771.63 |

4) This case was originally filed under chapter 7 on 03/08/2013.  The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    02/09/2017                    By: /s/ J. Marshall  Miller
                                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cattle in Ruidoso | 1129-000 | $93,150.00 |
| 2005 Tractor -Salvage | 1129-000 | $1,200.00 |
| 2011 Polaris ATV Model R-11 WH76AG | 1129-000 | $6,100.00 |
| 2003 Merritt Trailer #1MT2N502X3H016065 | 1129-000 | $22,000.00 |
| Simon Chavez note receivable | 1121-000 | $9,084.11 |
| Checking Account | 1129-000 | $6,961.43 |
| 2007 Kenworth Tractor #XKTDU8XX7J157697-4 | 1129-000 | $24,500.00 |
| 2005  Tractor Trailer #1XKTDB8X65J088251 | 1129-000 | $20,500.00 |
| Funds to be escrowed in accordance with court order and pending litigation/arbitration to determine rights to funds by competing creditors. | 1280-000 | $43,761.09 |
| 1997 Ford F-250 #1FTHX26F8VEC71680 | 1129-000 | $2,400.00 |
| 2000 Merritt Trailer #1MT2N5022YH012664 | 1129-000 | $20,000.00 |
| 2000 Merrit Trailer #1MT2n5026YH12666 | 1129-000 | $20,500.00 |
| Machinery | 1129-000 | $3,115.00 |
| 2006 Yamaha Rhino 660 4x4 | 1129-000 | $4,000.00 |
| 2006 Tractor #1XTDV8X26J133110-3 | 1129-000 | $26,000.00 |
|  | 1280-000 | $1,235,155.34 |
| 2000 Merritt Trailer #1MT2n5028YH15438 | 1129-000 | $22,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,560,926.97** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bankrupcy Estate of Simon Chavez | Wire Out, Chavez Escrow See Court Order Dkt. #75 | 8500-002 | $1,235,155.34 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$1,235,155.34** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 53 | Tejas Feeders, Ltd. c/o Clyde A. Pine, Jr. | 4110-000 | NA | $327,106.15 | $43,761.09 | $43,761.09 |
| | **TOTAL SECURED** | | **$0.00** | **$327,106.15** | **$43,761.09** | **$43,761.09** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - J. Marshall Miller | 2100-000 | NA | $19,538.58 | $19,538.58 | $19,538.58 |
| Auctioneer Fees - CHARLES F. DICKERSON, INC. | 3610-000 | NA | $26,596.50 | $26,596.50 | $26,596.50 |
| Auctioneer Expenses - CHARLES F. DICKERSON, INC. | 3620-000 | NA | $36,102.28 | $36,102.28 | $36,102.28 |
| Banking and Technology Service Fee - Rabo Bank | 2600-000 | NA | $30.32 | $30.32 | $30.32 |
| Banking and Technology Service Fee - Rabobank N.A. | 2600-000 | NA | -$1,773.48 | -$1,773.48 | -$1,773.48 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $13,147.67 | $13,147.67 | $13,147.67 |
| Attorney for Trustee Fees (Other Firm) - Kelly, Morgan, Corzine & Hansen, P.C. | 3210-000 | NA | $6,177.00 | $6,177.00 | $6,177.00 |
| Attorney for Trustee Expenses (Other Firm)  - Kelly, Morgan, Corzine & Hansen, P.C. | 3220-000 | NA | $549.87 | $549.87 | $549.87 |
| Accountant for Trustee Fees (Other Firm) - Lauterbach, Borschow & Company | 3410-000 | NA | $2,390.00 | $2,390.00 | $2,390.00 |
| Accountant for Trustee Expenses (Other Firm) - Lauterbach, Borschow & Company | 3420-000 | NA | $59.72 | $59.72 | $59.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$102,818.46** | **$102,818.46** | **$102,818.46** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Comptroller Public Account | 5600-000 | $56.38 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$56.38** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Gelacio Lechuga William A. Elias Attorney at Law | 7100-000 | NA | $79,543.77 | $0.00 | $0.00 |
| 2 | Gelacio Lechuga William A. Elias Attorney at Law | 7100-000 | NA | $64,043.77 | $0.00 | $0.00 |
| 3 | Andrea Valles Vaca c/o William A. Elias Attorney at Law | 7100-000 | NA | $70,364.33 | $0.00 | $0.00 |
| 4 | Jose A. Vasquez c/o William A. Elias Attorney at Law | 7100-000 | NA | $33,402.84 | $0.00 | $0.00 |
| 5 | Adan Hernandez Diaz c/o William A. Elias Attorney at Law | 7100-000 | NA | $88,627.88 | $0.00 | $0.00 |
| 6 | Rafael Hernandez c/o William A. Elias Attorney at Law | 7100-000 | NA | $34,956.69 | $0.00 | $0.00 |
| 7 | Oscar Tena c/o William A. Elias Attorney at Law | 7100-000 | NA | $19,520.16 | $0.00 | $0.00 |
| 8 | Carlos Duarte Villa c/o William A. Elias Attorney at Law | 7100-000 | NA | $33,102.25 | $0.00 | $0.00 |
| 9 | Jose M. Nevarez c/o William A. Elias Attorney at Law | 7100-000 | NA | $2,929.22 | $0.00 | $0.00 |
| 10 | Candelario Molina Retana c/o William A. Elias Attorney at Law | 7100-000 | NA | $65,408.68 | $0.00 | $0.00 |
| 11 | Rogelio Camacho c/o William A. Elias Attorney at Law | 7100-000 | NA | $14,335.37 | $0.00 | $0.00 |
| 12 | Fruti Gan, s.C. de R.L. De C.V. c/o William A. Elias Attorney at Law | 7100-000 | NA | $61,242.33 | $0.00 | $0.00 |

| 13 | Agricola Ganadera Los Molinos S.P.R. De R.L. De C. c/o William A. Elias Attorney at Law | 7100-000 | NA | $94,220.19 | $0.00 | $0.00 |
| 14 | Rancho Los Tatoleros S.P.R. de R.L. De C.V. c/o William A. Elias Attorney at Law | 7100-000 | NA | $42,768.85 | $0.00 | $0.00 |
| 15 | Rafael Ruiz c/o William A. Elias Attorney at Law | 7100-000 | NA | $21,041.95 | $0.00 | $0.00 |
| 16 | Leonardo Caro c/o William A. Elias Attorney at Law | 7100-000 | NA | $9,262.00 | $0.00 | $0.00 |
| 17 | Socorro Montes Vargas c/o William A. Elias Attorney at Law | 7100-000 | NA | $30,740.90 | $0.00 | $0.00 |
| 18 | Anselmo Parra Castillo c/o William A. Elias Attorney at Law | 7100-000 | NA | $10,850.93 | $0.00 | $0.00 |
| 19 | Ganadera Doble O c/o William A. Elias Attorney at Law | 7100-000 | NA | $186,377.73 | $0.00 | $0.00 |
| 20 | Jesus Gastelum Pesqueira c/o William A. Elias Attorney at Law | 7100-000 | NA | $43,988.60 | $0.00 | $0.00 |
| 21 | Jesus Manuel Parra Chavez c/o William A. Elias Attorney at Law | 7100-000 | NA | $10,775.00 | $0.00 | $0.00 |
| 22 | Jose Antonio Meraz Olivas c/o William A. Elias Attorney at Law | 7100-000 | NA | $36,006.77 | $0.00 | $0.00 |
| 23 | Agricola y Ganadera Zazueta c/o William A. Elias Attorney at Law | 7100-000 | NA | $15,395.84 | $0.00 | $0.00 |
| 24 | Jesus Ignacio Armendariz Torres c/o William A. Elias Attorney at Law | 7100-000 | NA | $26,006.18 | $0.00 | $0.00 |
| 25 | Jesus Manuel Mendoza Romero c/o William A. Elias Attorney at Law | 7100-000 | NA | $42,710.70 | $0.00 | $0.00 |

| 26 | Jose Guadalupe Villalobos Villalobos c/o William A. Elias Attorney at Law | 7100-000 | NA | $25,663.60 | $0.00 | $0.00 |
| 27 | Manuel Armando Gonzalez Carmona c/o William A. Elias Attorney at Law | 7100-000 | NA | $19,899.99 | $0.00 | $0.00 |
| 28 | Oscar Chacon Herrera c/o William A. Elias Attorney at Law | 7100-000 | NA | $43,584.35 | $0.00 | $0.00 |
| 29 | Cole's Washout | 7100-000 | $633.25 | $641.94 | $641.94 | $641.94 |
| 30 | Carlos Arturo Cervantes Hernandez c/o William A. Elias Attorney at Law | 7100-000 | NA | $29,837.87 | $0.00 | $0.00 |
| 31 | Nicolas Caro Terrazas c/o William A. Elias Attorney at Law | 7100-000 | NA | $13,539.61 | $0.00 | $0.00 |
| 32 | Ganaderia Santa Ximena c/o William A. Elias Attorney at Law | 7100-000 | NA | $28,474.13 | $0.00 | $0.00 |
| 33 | Hector Hugo Vargas Vasquez c/o William A. Elias Attorney at Law | 7100-000 | NA | $39,390.98 | $0.00 | $0.00 |
| 34 | Eugenio Cesar Quintana Martinez c/o William A. Elias Attorney at Law | 7100-000 | NA | $11,065.59 | $0.00 | $0.00 |
| 35 | Sergio Solis Chavez c/o William A. Elias Attorney at Law | 7100-000 | NA | $15,725.91 | $0.00 | $0.00 |
| 36 | Rancho Blanco Los Chavez SPR De RL De CV c/o William A. Elias Attorney at Law | 7100-000 | NA | $347,178.14 | $0.00 | $0.00 |
| 37 | Cornelio Rivera Rivas c/o William A. Elias Attorney at Law | 7100-000 | NA | $38,968.05 | $0.00 | $0.00 |
| 38 | Bernardino Caro Monge c/o William A. Elias | 7100-000 | NA | $65,812.23 | $0.00 | $0.00 |

| 39 | Alejandro Porras Duarte c/o William A. Elias Attorney at Law | 7100-000 | NA | $41,593.18 | $0.00 | $0.00 |
| 40 | Guillermo Olivas Rodriguez c/o William A. Elias Attorney at Law | 7100-000 | NA | $51,288.30 | $0.00 | $0.00 |
| 41 | Ernesto Meraz Olivas c/o William A. Elias Attorney at Law | 7100-000 | NA | $17,319.97 | $0.00 | $0.00 |
| 42 | Gerardo Garcia Amaya c/o William A. Elias Attorney at Law | 7100-000 | NA | $67,042.23 | $0.00 | $0.00 |
| 43 | Juan Jose Garcia Valdez c/o William A. Elias Attorney at Law | 7100-000 | NA | $251,802.74 | $0.00 | $0.00 |
| 44 | Luis Armando Estrada Castellanos c/o William A. Elias Attorney at Law | 7100-000 | NA | $69,410.18 | $0.00 | $0.00 |
| 45 | Jaime Quintana Dominguez c/o William A. Elias Attorney at Law | 7100-000 | NA | $329,791.86 | $0.00 | $0.00 |
| 46 | Sergio A. Villalobos c/o William A. Elias Attorney at Law | 7100-000 | NA | $64,152.50 | $0.00 | $0.00 |
| 47 | Jose Maria Meraz Hernandez c/o William A. Elias Attorney at Law | 7100-000 | NA | $25,990.61 | $0.00 | $0.00 |
| 48 | Corrales Santa Monica S.A. de C.V. c/o William A. Elias Attorney at Law | 7100-000 | NA | $28,839.91 | $0.00 | $0.00 |
| 49 | Antonio Bojorquez Rosas c/o William A. Elias Attorney at Law | 7100-000 | NA | $10,878.37 | $0.00 | $0.00 |
| 50 | Juan Manuel Mendoza c/o William A. Elias Attorney at Law | 7100-000 | NA | $26,050.20 | $0.00 | $0.00 |
| 51 | Ganadera Santa Sofia c/o William A. Elias Attorney at Law | 7100-000 | NA | $77,859.62 | $0.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| 52 | Interganadera Famflo S.P.R. de R.L. de C.V. c/o William A. Elias Attorney at Law | 7100-000 | NA | $107,783.68 | $0.00 | $0.00 |
| 54 | Horizon Livestock LLC c/o Cohn Lifland Pearlman | 7100-000 | $4,796,318.46 | $4,473,308.46 | $100,000.00 | $100,000.00 |
| 54-2 | Horizon Livestock LLC c/o Robert R. Feuille ScottHulse PC | 7100-000 | NA | $4,473,308.46 | $4,473,308.46 | $0.00 |
| 55 | GE Capital Payoff Processing Center | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 55-3 | BMO Harris Bank N.A. c/o Elizabeth Steel | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 56 | Manuel Balderrama Law Offices of Stephen H. Nickey | 7100-000 | NA | $226,223.00 | $0.00 | $0.00 |
| 57 | Jose Ines Ramirez Law Offices of Stephen H Nickey | 7100-000 | NA | $385,087.37 | $0.00 | $0.00 |
| 58 | Omar Morua Law Office of Stephen H Nickey | 7100-000 | NA | $400,900.98 | $0.00 | $0.00 |
| 59 | F.C. Felhaber & Co, Inc. Law Offices of Stephen H Nickey | 7100-000 | NA | $38,477.44 | $0.00 | $0.00 |
| 60 | Jose Miguel Nevarez c/o William A. Elias Attorney at Law | 7200-000 | NA | $8,369.66 | $0.00 | $0.00 |
| 61 | Eugenio Rivera Tena c/o William A. Elias Attorney at Law | 7200-000 | NA | $7,000.00 | $0.00 | $0.00 |
| 62 | Bernardino Caro Monje c/o William A. Elias Attorney at Law | 7200-000 | NA | $52,876.80 | $0.00 | $0.00 |
| 63 | John K. Hudgens c/o Corey W. Haugland James & Haugland, P.C. | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 63-2 | John K. Hudgens c/o Corey W. Haugland James & Haugland, P.C. | 7200-000 | NA | $97,989.50 | $97,989.50 | $78,550.14 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Alamo Livestock | 7100-000 | $82,066.96 | NA | NA | NA |
| N/F | Bryan Hall/ Beck & Hall, P.C. | 7100-000 | $1,995.00 | NA | NA | NA |
| N/F | Carlos A. Miranda, 111 | 7100-000 | NA | NA | NA | NA |
| N/F | Carlos Delgado | 7100-000 | $5,500.00 | NA | NA | NA |
| N/F | Charles R. Cohen | 7100-000 | NA | NA | NA | NA |
| N/F | David Aelvoet Lineberger, Goggan, Blair | 7100-000 | $0.00 | NA | NA | NA |
| N/F | David Aelvoet/ Linebarger, Goggan, Blair | 7100-000 | NA | NA | NA | NA |
| N/F | Department of Homeland Security | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Department of Homeland Security/ Margaret MacGregor | 7100-000 | NA | NA | NA | NA |
| N/F | El Paso Central Appraisal District | 7100-000 | NA | NA | NA | NA |
| N/F | El Paso County Tax Assessor/Collector | 7100-000 | NA | NA | NA | NA |
| N/F | Francisco J. Ortega Scott Hulse | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Francisco J. Ortega/ Scott Hulse | 7100-000 | NA | NA | NA | NA |
| N/F | GE Transportation Finance | 7100-000 | NA | NA | NA | NA |
| N/F | Internal Revenue Service | 7100-000 | NA | NA | NA | NA |
| N/F | R&R Trailer Washout | 7100-000 | $6,078.00 | NA | NA | NA |
| N/F | Sierra Spring | 7100-000 | $132.68 | NA | NA | NA |
| N/F | Southwest Cattle Dispatch | 7100-000 | $66,875.30 | NA | NA | NA |
| N/F | United States Attorney | 7100-000 | NA | NA | NA | NA |

| N/F | United States Trustee | 7100-000 | NA | NA | NA | NA |
| N/F | Vander Brink | 7100-000 | $10,294.70 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$4,969,894.35** | **$13,150,750.34** | **$4,671,939.90** | **$179,192.08** |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  1

Case No.:   13-30402

Case Name:   24 TRADING COMPANY, LLC

For Period Ending:   02/09/2017

Trustee Name:   (631720) J. Marshall Miller

Date Filed (f) or Converted (c):  03/08/2013 (f)

§ 341(a) Meeting Date:  04/05/2013

Claims Bar Date:  07/24/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account | 7,147.78 | 7,147.78 | | 6,961.43 | FA |
| 2 | checking Account 3224 | 24.00 | 24.00 | | 0.00 | FA |
| 3 | Simon Chavez note receivable<br>Simon Chavez in Bankruptcy. Awaiting disposition of claims to be paid, if any. | 299,178.00 | 299,178.00 | | 9,084.11 | FA |
| 4 | 2005 Kenworth tractor #1xkwdb9x25505 | 35,000.00 | 1,432.00 | | 0.00 | FA |
| 5 | 2005 kenworth tractor | 35,000.00 | 1,432.00 | | 0.00 | FA |
| 6 | 2005  Tractor Trailer #1XKTDB8X65J088251 | 25,000.00 | 25,000.00 | | 20,500.00 | FA |
| 7 | 2005 Tractor -Salvage | 1,000.00 | 1,000.00 | | 1,200.00 | FA |
| 8 | 2007 Kenworth Tractor #XKTDU8XX7J157697-4 | 25,000.00 | 25,000.00 | | 24,500.00 | FA |
| 9 | 2006 Tractor #1XTDV8X26J133110-3 | 25,000.00 | 25,000.00 | | 26,000.00 | FA |
| 10 | 2000 Merritt Trailer #1MT2N5022YH012664 | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 11 | 2000 Merrit Trailer #1MT2n5026YH12666 | 20,000.00 | 20,000.00 | | 20,500.00 | FA |
| 12 | 2000 Merritt Trailer #1MT2n5028YH15438 | 20,000.00 | 20,000.00 | | 22,500.00 | FA |
| 13 | 2003 Merritt Trailer #1MT2N502X3H016065 | 23,000.00 | 23,000.00 | | 22,000.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  2

Case No.:   13-30402

Case Name:   24 TRADING COMPANY, LLC

**For Period Ending:**   02/09/2017

Trustee Name:   (631720) J. Marshall Miller

Date Filed (f) or Converted (c):  03/08/2013 (f)

§ 341(a) Meeting Date:  04/05/2013

Claims Bar Date:  07/24/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | 2006 Yamaha Rhino 660 4x4 | 3,200.00 | 3,200.00 | | 4,000.00 | FA |
| 15 | 1997 Ford F-250 #1FTHX26F8VEC71680 | 2,500.00 | 2,500.00 | | 2,400.00 | FA |
| 16 | 2011 Polaris ATV Model R-11 WH76AG | 6,000.00 | 6,000.00 | | 6,100.00 | FA |
| 17 | Machinery<br>Compressor, Welder, Acetylene Torch, A/C Unit, Power Drill | Unknown | 0.00 | | 3,115.00 | FA |
| 18 | Cattle in Ruidoso<br>Scheduled. | Unknown | 0.00 | | 93,150.00 | FA |
| 19 | Tejas Feeders (u) | Unknown | 0.00 | | 0.00 | FA |
| **19** | **Assets      Totals**      (Excluding unknown values) | **$547,049.78** | **$479,913.78** | | **$282,010.54** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  3

**Case No.:**   13-30402

**Case Name:**   24 TRADING COMPANY, LLC

**For Period Ending:**   02/09/2017

**Trustee Name:**   (631720) J. Marshall Miller

**Date Filed (f) or Converted (c):**   03/08/2013 (f)

**§ 341(a) Meeting Date:**   04/05/2013

**Claims Bar Date:**   07/24/2013

**Major Activities Affecting Case Closing:**

11-3- 2016 - TFR being prepared with assist from BMS. Problems with accounting for escrow accounts ordered by Judge for third party funds that are showing up as "available funds. These problems should be resolved by early week of Nov. 6, 2016.

08-19-2016 - Expecting Response to Objection to Horizon Cattle claim. Will be fairly involved legal issues to be resolved.  If trial on Objection is necessary, ETFR now set to 10-30-2016.

03-30-2016 - Approximately 60 Objections to Claims need to be filed and heard. Expect resolution of those objections by May 30, then TFR can be submitted by middle of June, 2016.

10-26-2015 - 100 claims- Analysis progressing. Should submit TFR before end of year.

12-16-2014 - Now Simon Chavez has completed its claims process, can begin claims analysis and determine duplicate claims that may have been filed in both cases.

10-21-2014  - Difficult case in regard to claims. Individual debtor Simon Chavez did business as 24 Trading Company (not as the LLC) and therefore much confusion over which claims pertain to which entity.

8-7-2014 - Awaiting outcome of Simon Chavez case as to funds that could include estate in distribution.  Claims objections will be numerous, since many claimants have filed claims based on actions by Simon Chavez d/b/a 24 Trading Company (as opposed to 24 Trading Company LLC)

 9-30-2013 - Decision on security interest od Tejas feeders on escrow funds yet to be determined by Court.  Also estate has calim in Simon Chavez case for $300,000. Simon Chavez case not expected to close any time soon. Need to employ accountant.

5-6-2013 - Order to be forthcoming for auction of breeding cattle and trucks and cattle hauling trailers. Also steers in feed lot to be sold in conformity with court order.

**Initial Projected Date Of Final Report (TFR):**   12/31/2014      **Current Projected Date Of Final Report (TFR):**   12/06/2016 (Actual)

Exhibit 9
Page:  1

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-30402 |
| **Case Name:** | 24 TRADING COMPANY, LLC |
| **Taxpayer ID #:** | **-***5571 |
| **For Period Ending:** | 02/09/2017 |

| | |
|---|---|
| **Trustee Name:** | J. Marshall Miller (631720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8966 Checking Account |
| **Blanket Bond (per case limit):** | $22,500,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/23/2013 | {1} | BBVA Compass | | 1129-000 | 6,961.43 | | 6,961.43 |
| 04/30/2013 | | Rabo Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 6,951.43 |
| 05/31/2013 | | Rabo Bank | Bank and Technology Services Fee | 2600-000 | | 10.32 | 6,941.11 |
| 06/28/2013 | | CHARLES F. DICKERSON | | 1129-000 | 95,550.00 | | 102,491.11 |
| | {15} | | 97 Ford PU $2,400.00 | 1129-000 | | | 102,491.11 |
| | {18} | | Sell of Cattle $93,150.00 | 1129-000 | | | 102,491.11 |
| 06/28/2013 | | CHARLES F. DICKERSON | | 1129-000 | 170,415.00 | | 272,906.11 |
| | {17} | | Various Machinery and Equipment $3,115.00 | 1129-000 | | | 272,906.11 |
| | {8} | | 05 KW Truck $24,500.00 | 1129-000 | | | 272,906.11 |

{} Asset Reference(s)     **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page:  2

| Case No.: | 13-30402 |
|---|---|
| Case Name: | 24 TRADING COMPANY, LLC |
| Taxpayer ID #: | **-***5571 |
| For Period Ending: | 02/09/2017 |

| Trustee Name: | J. Marshall Miller (631720) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account #: | ******8966 Checking Account |
| Blanket Bond (per case limit): | $22,500,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {10} | | 00 MERRITT TRAILER $20,000.00 | 1129-000 | | | 272,906.11 |
| | {11} | | 00 MERRITT TRAILER $20,500.00 | 1129-000 | | | 272,906.11 |
| | {13} | | 02 MERRIT TRAILER $22,000.00 | 1129-000 | | | 272,906.11 |
| | {7} | | 05 KW PARTS TRUCK $1,200.00 | 1129-000 | | | 272,906.11 |
| | {12} | | 99 CATTLE TRAILER $22,500.00 | 1129-000 | | | 272,906.11 |
| | {6} | | 04 KW $20,500.00 | 1129-000 | | | 272,906.11 |
| | {9} | | 06 KW $26,000.00 | 1129-000 | | | 272,906.11 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:  3

| | |
|---|---|
| **Case No.:** | 13-30402 |
| **Case Name:** | 24 TRADING COMPANY, LLC |
| **Taxpayer ID #:** | **-***5571 |
| **For Period Ending:** | 02/09/2017 |

| | |
|---|---|
| **Trustee Name:** | J. Marshall Miller (631720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8966 Checking Account |
| **Blanket Bond (per case limit):** | $22,500,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {16} | | POLARIS 4 WHLER $6,100.00 | 1129-000 | | | 272,906.11 |
| | {14} | | YAMAHA 4 WHLR $4,000.00 | 1129-000 | | | 272,906.11 |
| 06/28/2013 | 101 | CHARLES F. DICKERSON, INC. | COMMISSION AND EXPENSES OF AUCTION | | | 62,698.78 | 210,207.33 |
| | | | $26,596.50 | 3610-000 | | | 210,207.33 |
| | | | $36,102.28 | 3620-000 | | | 210,207.33 |
| 06/28/2013 | | Rabo Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 210,197.33 |
| 07/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 333.39 | 209,863.94 |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 291.79 | 209,572.15 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,570.55 | 208,001.60 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-30402 | |
| **Case Name:** | 24 TRADING COMPANY, LLC | |
| **Taxpayer ID #:** | **-***5571 | |
| **For Period Ending:** | 02/09/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | J. Marshall Miller (631720) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******8966 Checking Account | |
| **Blanket Bond (per case limit):** | $22,500,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 338.57 | 207,663.03 |
| 12/11/2013 | | From Account #******8967 | Bank Transfer for service fee adjustment done incorrect by the bank | 9999-000 | 1,238.94 | | 208,901.97 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 385.08 | 208,516.89 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 309.91 | 208,206.98 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 279.51 | 207,927.47 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 289.10 | 207,638.37 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 318.59 | 207,319.78 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 298.19 | 207,021.59 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 287.84 | 206,733.75 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 327.11 | 206,406.64 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 286.98 | 206,119.66 |
| 09/08/2014 | 102 | Lauterbach, Borschow & Company | Approved Acct. Fees & Expenses (Dkt. #80) | | | 2,449.72 | 203,669.94 |

{} Asset Reference(s)      **UST Form 101-7-TDR ( 10 /1/2010)**      *! - transaction has not been cleared*

Exhibit 9
Page:  5

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-30402 | |
| **Case Name:** | 24 TRADING COMPANY, LLC | |
| **Taxpayer ID #:** | **-***5571 | |
| **For Period Ending:** | 02/09/2017 | |

| | |
|---|---|
| **Trustee Name:** | J. Marshall Miller (631720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8966 Checking Account |
| **Blanket Bond (per case limit):** | $22,500,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | 3410-000 | | | 203,669.94 |
| | | | $2,390.00 | | | | |
| | | | | 3420-000 | | | 203,669.94 |
| | | | $59.72 | | | | |
| 09/09/2014 | 103 | Kelly, Morgan, Corzine & Hansen, P.C. | Approved (Dkt. #83) Atty Fees & Expenses | | | 6,726.87 | 196,943.07 |
| | | | | 3210-000 | | | 196,943.07 |
| | | | $6,177.00 | | | | |
| | | | | 3220-000 | | | 196,943.07 |
| | | | $549.87 | | | | |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 309.48 | 196,633.59 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 292.25 | 196,341.34 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 254.16 | 196,087.18 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 319.65 | 195,767.53 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page:  6

| Case No.: | 13-30402 |
|---|---|
| Case Name: | 24 TRADING COMPANY, LLC |
| Taxpayer ID #: | **-***5571 |
| For Period Ending: | 02/09/2017 |

| Trustee Name: | J. Marshall Miller (631720) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account #: | ******8966 Checking Account |
| Blanket Bond (per case limit): | $22,500,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 281.58 | 195,485.95 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.43 | 195,223.52 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 299.52 | 194,924.00 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.36 | 194,643.64 |
| 05/14/2015 | {3} | Randolf N. Osherow | Payment from bankruptcy estate of Simon Chavez | 1121-000 | 9,084.11 | | 203,727.75 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 276.73 | 203,451.02 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 312.14 | 203,138.88 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 301.92 | 202,836.96 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 282.02 | 202,554.94 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 310.79 | 202,244.15 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 290.89 | 201,953.26 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 280.79 | 201,672.47 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                               *! - transaction has not been cleared*

Exhibit 9
Page:  7

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-30402 | |
| **Case Name:** | 24 TRADING COMPANY, LLC | |
| **Taxpayer ID #:** | **-***5571 | |
| **For Period Ending:** | 02/09/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | J. Marshall Miller (631720) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******8966 Checking Account | |
| **Blanket Bond (per case limit):** | $22,500,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 319.11 | 201,353.36 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 279.22 | 201,074.14 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 278.81 | 200,795.33 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 316.86 | 200,478.47 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 277.98 | 200,200.49 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 277.59 | 199,922.90 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 315.49 | 199,607.41 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 276.77 | 199,330.64 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 314.51 | 199,016.13 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 285.47 | 198,730.66 |
| 01/05/2017 | 104 | J. Marshall Miller | Combined trustee compensation & expense dividend payments. | 2100-000 | | 19,538.58 | 179,192.08 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9
Page:  8

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-30402 | Trustee Name: | J. Marshall Miller (631720) |
|---|---|---|---|
| Case Name: | 24 TRADING COMPANY, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5571 | Account #: | ******8966 Checking Account |
| For Period Ending: | 02/09/2017 | Blanket Bond (per case limit): | $22,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/05/2017 | 105 | Cole's Washout | Distribution payment - Dividend paid at 100.00% of $641.94; Claim # 29; Filed: $641.94 | 7100-000 | | 641.94 | 178,550.14 |
| 01/05/2017 | 106 | Horizon Livestock LLC c/o Cohn Lifland Pearlman | Distribution payment - Dividend paid at 100.00% of $100,000.00; Claim # 54; Filed: $4,473,308.46 | 7100-000 | | 100,000.00 | 78,550.14 |
| 01/05/2017 | 107 | John K. Hudgens c/o Corey W. Haugland James & Haugland, P.C. | Distribution payment - Dividend paid at 80.16% of $97,989.50; Claim # 63-2; Filed: $97,989.50 | 7200-000 | | 78,550.14 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 283,249.48 | 283,249.48 | $0.00 |
| Less: Bank Transfers/CDs | 1,238.94 | 0.00 | |
| Subtotal | 282,010.54 | 283,249.48 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $282,010.54 | $283,249.48 | |

{} Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                                                        ! - transaction has not been cleared

Exhibit 9
Page:  9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-30402 |
| **Case Name:** | 24 TRADING COMPANY, LLC |
| **Taxpayer ID #:** | **-***5571 |
| **For Period Ending:** | 02/09/2017 |

| | |
|---|---|
| **Trustee Name:** | J. Marshall Miller (631720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8967 Escrow |
| **Blanket Bond (per case limit):** | $22,500,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/05/2013 | | Tejas Feeders, LTD | Funds to be escrowed in accordance with court order and pending litigation/arbitration to determine rights to funds by competing creditors. | 1280-000 | 43,761.09 | | 43,761.09 |
| 11/18/2013 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -1,238.94 | 45,000.03 |
| 12/11/2013 | | To Account #******8966 | Bank Transfer for service fee adjustment done incorrect by the bank | 9999-000 | | 1,238.94 | 43,761.09 |
| 12/18/2013 | 10101 | Tejas Feeders, Ltd. | Balance from Sale of Cattle in Pampas paid per Ct. Order Dkt. #75 | 4110-000 | | 43,761.09 | 0.00 |
| | | **COLUMN TOTALS** | | | **43,761.09** | **43,761.09** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 1,238.94 | |
| | | **Subtotal** | | | **43,761.09** | **42,522.15** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$43,761.09** | **$42,522.15** | |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                                    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:  10

| | | |
|---|---|---|
| **Case No.:** | 13-30402 | |
| **Case Name:** | 24 TRADING COMPANY, LLC | |
| **Taxpayer ID #:** | **-***5571 | |
| **For Period Ending:** | 02/09/2017 | |

| | |
|---|---|
| **Trustee Name:** | J. Marshall Miller (631720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8968 Chavez Escrow |
| **Blanket Bond (per case limit):** | $22,500,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/05/2013 | | Tejas Feeders | | 1280-000 | 1,235,155.34 | | 1,235,155.34 |
| 08/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,773.48 | 1,233,381.86 |
| 09/16/2013 | | Rabobank N.A. | Service Fee Adjustment | 2600-000 | | -1,773.48 | 1,235,155.34 |
| 10/24/2013 | | Bankrupcy Estate of Simon Chavez | Wire Out, Chavez Escrow See Court Order Dkt. #75 | 8500-002 | | 1,235,155.34 | 0.00 |
| | | **COLUMN TOTALS** | | | **1,235,155.34** | **1,235,155.34** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **1,235,155.34** | **1,235,155.34** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,235,155.34** | **$1,235,155.34** | |

Exhibit 9
Page:  11

## Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-30402 | **Trustee Name:** | J. Marshall Miller (631720) |
| **Case Name:** | 24 TRADING COMPANY, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5571 | **Account #:** | ******8968 Chavez Escrow |
| **For Period Ending:** | 02/09/2017 | **Blanket Bond (per case limit):** | $22,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8966 Checking Account | $282,010.54 | $283,249.48 | $0.00 |
| ******8967 Escrow | $43,761.09 | $42,522.15 | $0.00 |
| ******8968 Chavez Escrow | $1,235,155.34 | $1,235,155.34 | $0.00 |
| | **$1,560,926.97** | **$1,560,926.97** | **$0.00** |